1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL ANGEL MOTA-AGUIRRE,

                  Petitioner,

     v.

UNITED STATES ATTORNEY
GENERAL, et al.,

                Respondents.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 06-6883 JSL(JC)

ORDER ADOPTING FINDINGS,
CONCLUSIONS, AND
RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in Federal Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and adopts the Report and Recommendation.

IT IS ORDERED that the Motion to Dismiss the Petition is granted, the Petition is denied, and this action is dismissed.

///
///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on petitioner and on

3  counsel for respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED:  _May 20, 2010

7

8  _____

9  HONORABLE J. SPENCER LETTS
   SENIOR UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2