UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL MOTA-AGUIRRE, | Case No. CV 06-6883 JSL(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| UNITED STATES ATTORNEY GENERAL, et al., | |
| Respondents. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition for Writ Habeas Corpus by a Person in Federal Custody is granted, the Petition is denied, and this action is dismissed.

DATED: May 20, 2010

*Spencer Letts*

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE